[No. 46797-2-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02060-7, Brian D. Gain, J., entered May 19, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Baker, J.

[No. 46842-1-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW STEPHEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01948-7, Larry E. McKeeman, J., entered June 19, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 46846-4-I. Division One. November 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TONYA DEE-ANNE PARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00536-5, Patricia H. Aitken, J., entered June 7, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46905-3-I. Division One. November 26, 2001.]

*In the Matter of the Marriage of* LINDA A. SHARP, *Appellant*, and MICHAEL B. SHARP, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 94-3-07519-9, George A. Finkle, J., entered March 17, April 19, and May 23, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, J., concurred in by Cox and Ellington, JJ.